UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR McQUEEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EDMUND G. BROWN, et al.,<br><br>　　　　　Defendants. | No. 2:18-cv-0766 KJN P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding without counsel, has filed this civil rights action pursuant to 42 U.S.C. § 1983. Court records reflect that plaintiff is proceeding with another civil rights action in this court raising the same claims, <u>McQueen v. Brown</u>, 2:15-cv-2544 JAM AC P. Good cause appearing, the undersigned construes the complaint filed in the instant action to be an amended complaint in 15-cv-2544.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to file the complaint filed in the instant action as an amended complaint in 15-cv-2544;

2. The Clerk of the Court is directed to close the instant action.

Dated: April 13, 2018

/mcq766.ord

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1